## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| Antonio Clark, | : | |
| | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:  1:13-cv-04241-SCJ |
| v. | : | |
| | : | |
| Clearwire Corporation; and DOES 1-10, inclusive, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: January 27, 2014

Respectfully submitted,

  /s/  Sergei Lemberg, Esq.
Attorney for Plaintiff Antonio Clark
LEMBERG LAW L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905

Telephone: (203) 653- 2250
Email:  slemberg@lemberglaw.com

## <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on January 27, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                       By /s/ Sergei Lemberg

                                            Sergei Lemberg